UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CARLA FELICIA STEVENS, | : | Case No. 3:10-cv-371 |
| Plaintiff, | : : | Judge Timothy S. Black |
| | : | Magistrate Judge Michael J. Newman |
| vs. | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : : | |
| Defendant. | : | |

**DECISION AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 19); (2) OVERRULING PLAINTIFF'S OBJECTIONS (Doc. 20) ; AND (3) TERMINATING THIS CASE FROM THE DOCKET**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael J. Newman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on December 1, 2011, submitted a Report and Recommendations. (Doc. 19). Subsequently, Plaintiff filed Objections to the Report and Recommendations (Doc. 20) and the Defendant responded (Doc. 21).

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety; and Plaintiff's objections to the Report and Recommendations are overruled.

Accordingly:

1. The Report and Recommendations (Doc. 19) is **ADOPTED**;

2. Plaintiff's Objections are (Doc. 20) are **OVERRULED**;

3. The Commissioner's decision that Plaintiff is not disabled and therefore not entitled to benefits under this Act is **AFFIRMED**; and

4. This case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 1/23/12

*Timothy S. Black*
Timothy S. Black
United States District Judge