# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**CARLA FELICIA STEVENS,**

    Plaintiff,

                           **CASE NO.    3:10-cv-371**

**-vs-**

                           **Judge Timothy S. Black**
                           **Magistrate Judge Michael J. Newman**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

---

## JUDGMENT IN A CIVIL CASE
---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc. 19) of the United States Magistrate Judge is **ADOPTED**; the Plaintiff's Objections (Doc. 20) are **OVERRULED**; and that the case is **CLOSED**.

Date:   January 23, 2012                           **JAMES BONINI, CLERK**

                                                      By: <u>s/ M. Rogers</u>
                                                         Deputy Clerk