# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**CARLA FELICIA STEVENS,**

   Plaintiff,

                                **CASE NO.    3:10-cv-371**

**-vs-**

                                **Judge Timothy S. Black**
                                **Magistrate Judge Michael J. Newman**

**COMMISSIONER OF SOCIAL SECURITY,**

   Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

     **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

     **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

     **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc. 19) of the United States Magistrate Judge is **ADOPTED**; the Plaintiff's Objections (Doc. 20) are **OVERRULED**; and that the case is **CLOSED**.

Date:   January 23, 2012                        **JAMES BONINI, CLERK**

                                                  By: s/ M. Rogers
                                                  Deputy Clerk